**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **VICTOR "SIDD" CADENA,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-03841** |
| | § | |
| **13 STRIKES, LLC,** | § | |
| *Defendant.* | § | |
| | § | |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant 13 Strikes, LLC ("Defendant"), and files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and respectfully shows:

### I.   INTRODUCTION

1.    This action was originally filed in the 157th Judicial District Court of Harris County, Texas, styled *Victor "Sidd" Cadena v. 13 Strikes, LLC*, Cause No. 2026-24386.

2.    Defendant was served with Plaintiff's Original Petition on or about April 14, 2026.

3.    This Notice of Removal is timely filed within thirty (30) days of service pursuant to 28 U.S.C. § 1446(b).

### II.   BASIS FOR REMOVAL – FEDERAL QUESTION

4.    This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts claims arising under the laws of the United States.

5.    Specifically, Plaintiff asserts claims for unpaid overtime wages under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., including claims under 29 U.S.C. § 207. *See* Plaintiff's Original Petition ¶¶ 13–16.

6.    Because Plaintiff's claims arise under federal law, this action is removable pursuant to 28 U.S.C. §§ 1441 and 1446.

7.      This Court also has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367, as those claims arise out of the same nucleus of operative facts as Plaintiff's federal claims.

### III.    VENUE

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the Southern District of Texas, Houston Division, embraces the place where the state court action is pending.

### IV.    STATE COURT FILINGS

9.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the state court action are attached hereto as exhibits.

### V.    NOTICE TO STATE COURT AND PARTIES

10.      Written notice of the filing of this Notice of Removal will be promptly filed with the Clerk of the 157th Judicial District Court of Harris County, Texas, and served upon all counsel of record, as required by 28 U.S.C. § 1446(d).

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant 13 Strikes, LLC respectfully removes this action to the United States District Court for the Southern District of Texas, Houston Division, and requests such other and further relief to which it may be justly entitled.

Respectfully submitted,

**RIGBY SLACK LAWRENCE PEPPER + COMERFORD, PLLC**

By: */s/ David C. Lawrence*
      David C. Lawrence
         State Bar No. 24041304
      Patrick S. Richter
         State Bar No. 00791524

3500 Jefferson Street, Suite 330
Austin, Texas 78731
Telephone: (512) 782-2060
dlawrence@rigbyslack.com
prichter@rigbyslack.com
**ATTORNEYS FOR DEFENDANT**
**13 STRIKES, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on May 13, 2026.

Mark A. Junell (SBN 24032610)
THE JUNELL LAW FIRM, P.C.
7210 Shavelson St.
Houston, Texas 77055
(713) 397-5530
mark@junellfirm.com

**COUNSEL FOR PLAINTIFF**

*/s/ David C. Lawrence*
David C. Lawrence